# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FELITA SAMPLE,<br><br>  Plaintiff,<br><br>  v.<br><br>MARINELLA GONCALVES, and others,<br><br>  Defendants. | Case No. 14-cv-01313 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Charles R. Breyer to determine whether it is related to *Patterson v. Goncalves, et al.*, No. 14-cv-01311 CRB.

IT IS SO ORDERED.

Date: May 21, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 14-cv-01313 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES