IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELITA SAMPLE, | No. C14-01313 CRB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| MARINELLA GONCALVES et al., | |
| Defendants. | |

Plaintiff is hereby ORDERED TO SHOW CAUSE why the case should not be dismissed for failure to prosecute.  See Fed. R. Civ. Proc. 41(b).  Plaintiff must respond to this order in writing by July 25, 2014, or the case will be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 11, 2014

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE