IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELITA SAMPLE,<br><br>        Plaintiff,<br><br>    v.<br><br>MARINELLA GONCALVES et al.,<br><br>        Defendants. | No. C14-01313 CRB<br><br>**ORDER DISMISSING CASE** |

Plaintiff failed to respond to the Order to Show Cause why the case should not be dismissed for failure to prosecute (dkt. 13) by July 25, 2014. Therefore, the case is DISMISSED WITH PREJUDICE for failure to prosecute. See Fed. R. Civ. Proc. 41(b).

**IT IS SO ORDERED.**

Dated: July 29, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE